**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Denniston Glenroy BENT, Defendant–Appellant.**

**No. 04–13676.**
**Non–Argument Calendar**
**D.C. Docket No. 03–20554–CR–ASG.**

United States Court of Appeals, Eleventh Circuit.

May 12, 2005.

Sheryl Joyce Lowenthal, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, Miami, FL, for Plaintiff–Appellee.

Before BIRCH, BARKETT and WILSON, Circuit Judges.

BY THE COURT:

Sheryl Joyce Lowenthal, appointed counsel for Denniston Glenroy Bent in this direct criminal appeal, has moved to withdraw and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Bent's conviction and sentence are **AFFIRMED**.